CHIEF JUDGE RICARDO S. MARTINEZ
MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVORY BERUBE, ) No. CV17-288-RSM-BAT
)
      Petitioner, )
) (~~PROPOSED~~) ORDER GRANTING
      v. ) UNOPPOSED MOTION TO EXTEND
) TIME TO FILE RESPONSE TO
JEFFREY UTTECHT, ) RESPONDENT'S ANSWER TO
) PETITION FOR WRIT OF HABEAS
      Respondent. ) CORPUS UNDER 28 U.S.C. § 2254
)

THE COURT, having considered the unopposed motion to extend the deadline for filing a response to Respondent's answer to his petition for writ of habeas corpus under 28 U.S.C. § 2254, GRANTS the requested extension.

IT IS ORDERED that Petitioner's response is due by September 8, 2017.

DONE this 30th day of June, 2017.

                                                        _____
                                                        BRIAN A. TSUCHIDA
                                                        United States Magistrate Judge

Presented by:

s/ *Ashwin Cattamanchi*
Assistant Federal Public Defender

ORDER TO EXTEND TIME
TO FILE RESPONSE
(*Ivory Berube*, CV17-288-RSM-BAT) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Attorney for Ivory Berube

ORDER TO EXTEND TIME
TO FILE RESPONSE
(*Ivory Berube*, CV17-288-RSM-BAT) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**