UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVORY BERUBE,<br><br>              Petitioner,<br><br>   v.<br><br>JEFFREY UTTECHT,<br><br>             Respondent. | CASE NO. C17-288 RSM-BAT<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE** |

The Court **GRANTS** Petitioner's second unopposed motion, Dkt. 19, to extend the deadline to respond to Respondent's answer, Dkt. 14, and **ORDERS**:

1. Petitioner's response is due by **October 23, 2017.**

2. The Clerk shall renote Respondent's answer, Dkt. 14 for **October 27, 2017**.

3. The Clerk shall provide copies of this order to the parties.

DATED this 31st day of August, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE RESPONSE - 1