UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVORY BERUBE,

Petitioner,

v.

JEFFREY UTTECHT,

Respondent.

CASE NO. C17-288 RSM-BAT

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE**

The Court **GRANTS** Petitioner's third unopposed motion, Dkt. 21, to extend the deadline to respond to Respondent's answer, Dkt. 14, and **ORDERS:**

1. Petitioner's response is due by **December 18, 2017.**
2. The Clerk shall renote Respondent's answer, Dkt. 14, for **December 22, 2017.**
3. The Clerk shall provide copies of this order to the parties.

DATED this 17th day of October, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE - 1