UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IVORY BERUBE,

                    Petitioner,

      v.

JEFFREY UTTECHT,

                    Respondent.

CASE NO. C17-288 RSM-BAT

**ORDER GRANTING FOURTH UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE**

      The Court **GRANTS** Petitioner's fourth unopposed motion, Dkt. 23, to extend the deadline to respond to Respondent's answer, Dkt. 14, and **ORDERS:**

      1.      Petitioner's response is due by **February 16, 2018.**

      2.      The Clerk shall renote Respondent's answer, Dkt. 14, for **February 19, 2018.**

      3.      The Clerk shall provide copies of this order to the parties.

      DATED this 12th day of December, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge