UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVORY BERUBE,<br><br>                Petitioner,<br><br>    v.<br><br>JEFFREY UTTECHT,<br><br>                Respondent. | CASE NO. C17-288 RSM-BAT<br><br>**ORDER GRANTING FIFTH UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE** |

The Court **GRANTS** Petitioner's fifth unopposed motion, Dkt. 25, to extend the deadline to respond to Respondent's answer, Dkt. 14, and **ORDERS:**

1. Petitioner's response is due by **March 19, 2018.**

2. The Clerk shall renote Respondent's answer, Dkt. 14, for **March 23, 2018.**

3. The Clerk shall provide copies of this order to the parties.

DATED this 12th day of February, 2018.

                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge