UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IVORY BERUBE, | |
|---|---|
| Petitioner, | CASE NO. C17-288-RSM-BAT |
| v. | **ORDER GRANTING PETITIONER'S MOTION TO SUPPLEMENT THE RECORD** |
| JEFFREY UTTECHT, | |
| Respondent. | |

In this 28 U.S.C. § 2254 action, Ivory Berube moves to supplement to record to include a copy of his mail log procured from the State of Washington Department of Corrections (DOC) (Dkt. 30). Respondent has not opposed this motion and upon review of the motion and the record in this case the Court hereby ORDERS:

Petitioner's motion is GRANTED. Mr. Berube may supplement the record to include his DOC mail log, referred to as Exhibit A to Petitioner's response to the State's answer to his habeas petition.

DATED this 5th day of April, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION TO SUPPLEMENT THE RECORD -
1